IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE



U.S DISTRICT COURT
DISTRICT OF N.H

2010 MAY -5 A 11: 08

BATTLE FOAM, LLC, an Arizona company,

Plaintiff,

vs.

OUTRIDER HOBBIES, an Arizona company,
and Bryan Wade, an Individual

Defendants.

NOTICE OF INTENT TO RESPOND

CIVIL ACTION NO. 1:10-cv-116 SM

Notice is hereby given that a Response to Plaintiff's Opposition to Defendants' Motion to Dismiss will be filed with the Court and served upon the Plaintiff within 14 days of service of process.

Date: May 3, 2010

Bryan Wade, Defendant Pro Se
www.outriderhobbies.com
1713 E Bradstock Way
Queen Creek, AZ 85140
(602) 405-6043

## **CERTIFICATE OF SERVICE**

I, Bryan Wade, hereby certify that on May 3, 2010, I caused a copy of the foregoing Notice of Intent to Respond to be served on Plaintiff Battle Foam, LLC by mailing the documents electronically and by first class mail to the duly authorized legal representative of the Plaintiff as follows:

Counsel for BATTLE FOAM, LLC:

Scott Daniels
Daniels Patent Law, PLLC
43 Centre Street
Concord, NH 03301
(603) 226-8610
scott@danielspatentlaw.com

*Bryan Wade*
Bryan Wade, Defendant Pro Se
www.ouriderhobbies.com
1713 E. Bradstock Way
Queen Creek, AZ 85140
(602) 405-6043