UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Battle Foam, LLC</u>,
    Plaintiff

v.                               Case No. 10-cv-116-SM

<u>Outrider Hobbies and Bryan Wade</u>,
    Defendants

**J U D G M E N T**

In accordance with the Order of Chief Judge Steven J. McAuliffe dated June 29, 2010, judgment is hereby entered, and that the defendant shall recover his costs of the action from plaintiff, if appropriate.

By the Court,

/s/ James R. Starr

James R. Starr, Clerk

June 30, 2010

cc:    Scott A. Daniels, Esq.
        Bryan Wade, pro se